**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**THOMAS DALE MORGAN**                                            **PLAINTIFF**

**v.**                                                                                    **No. 2:09CV97-B-A**

**CORRECTIONS CORP.
OF AMERICA, INC., ET AL.**                                       **DEFENDANTS**


**JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant

motions [20], [24] for a preliminary injunction are **DISMISSED** as moot.


**SO ORDERED,** this the 23rd day of April, 2010.


/s/ Neal Biggers

NEAL B. BIGGERS
SENIOR U. S. DISTRICT JUDGE