IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**THOMAS DALE MORGAN**                                             **PLAINTIFF**

v.                                           **No. 2:09CV97-B-A**

**CORRECTIONS CORP.**
**OF AMERICA, INC., ET AL.**                                    **DEFENDANTS**

**JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, all of the plaintiff's claims, except two, are **DISMISSED**. The following claims will **PROCEED**: (1) that the defendants intentionally injured the plaintiff's wrists, and (2) that the defendants have instituted a policy of housing weaker "soft yard" inmates with stronger, more aggressive, and dangerous "hard yard" inmates. Finally, as the plaintiff is now housed in a Corrections Corporation of America facility in Arizona, and the remaining claims have no discernable tie to the State of Mississippi, this case is **TRANSFERRED** to the United States District Court for the District of Arizona.

**SO ORDERED,** this the 23rd day of April, 2010.

/s/ Neal Biggers

NEAL B. BIGGERS
SENIOR U. S. DISTRICT JUDGE